**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>*Plaintiff*,<br><br>v.<br><br>**JOSE ALBERTO BERROA-TORRES,**<br>*Defendant*. | **Crim. No. 25-455 (GMM)** |

### INFORMATIVE MOTION

Jose Alberto Berroa-Torres, represented by the Federal Public Defender for the District of Puerto Rico through the undersigned attorney, and very respectfully requests that docket entry 35 be corrected to reflect that the extraction had not been ready to be picked up by defense. In support of this request, Mr. Berroa states as follows:

On October 20, 2025, Jose attended his initial hearing, where he was ordered temporarily detained. DE-5. The government filed an Indictment against Mr. Berroa on October 30, 2025, charging him with violating 18 U.S.C. § 922(g)(1), 18 U.S.C. § 922(g)(5), and 8 U.S.C. § 1326. DE-8. On December 18, 2026, Jose was released on bail. DE-33.

On January 26, 2026, both the government and undersigned attended a second status conference. DE-35. At the conference, undersigned initially explained that she was going to pick up the phone extraction that week. DE-35. However, at the conclusion of the status, the government stepped in and corrected the record to indicate that the extraction was not done being processed and undersigned had mixed up that specific information with another case.

After the status, the docket entry notes stated in part: "AFPD Gomez reported that she has already reviewed three (3) discovery packages with her client. She further stated that the extracted data will be picked up this week and requested additional time to review

1

it and discuss its contents with her client." DE-35. However, the docket entry did not reflect that after undersigned made this statement, she was corrected and joined the government's correction. Both parties clarified that the phone extraction was not ready to be picked up yet.

When undersigned noticed the mistake, undersigned contacted the courtroom deputy clerk, who indicated the best course of action was to file an informative motion requesting the correction.

**WHEREFORE**, Mr. Berroa respectfully requests this Honorable Court note the above information and amend docket entry 35 to reflect the correction that at the time of the January 26, 2026 hearing, the extraction was not ready to be picked up by defense.

**I HEREBY CERTIFY** that on this date I electronically filed the present motion with the Clerk of Court using the CM/ECF system, which will send notification to all parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 23rd of February 2026.

**Rachel Brill**
Federal Public Defender

***S / MaríaCarolina Gómez-González***
MaríaCarolina Gómez-González
Assistant Federal Public Defender
USDC-PR G03715
241 F.D. Roosevelt Ave.
Hato Rey, P.R. 00918-2441
(787) 474-6394/ Fax (787) 281-4899