IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff,

v.

JOSE ALBERTO BERROA-TORRES,

Defendant.

CRIMINAL NO. 25-455 (GMM)

**MOTION IN COMPLIANCE WITH ECF NO. 42**

TO THE HONORABLE COURT:

1.    On May 4, 2026, defendant filed a motion to modify his bail conditions (ECF No. 41). Defendant is requesting the Court modify the location monitoring component from home detention to a curfew, in which Mr. Berroa-Torres will be required to be home from 8pm to 6am and that the Court eliminates the condition requiring payment for the location monitoring since he is an indigent.

2.    The Court ordered the USPO and the Government to file its position as to defendant's request by May 12, 2026 (ECF No. 42).

3.    The USPO informed not opposing defendant's request to the modification of location monitoring condition from home detention to a curfew if Mr. Berroa-Torres agrees to always maintain a working cellphone with him and making himself available for the supervision process regardless of his location, date, and/or time of contact (ECF No. 44). Also, the USPO does not object defendant's request to eliminate payment requirement for the location monitoring given that he is not allowed to work and does not have ability to pay at this time.

4.    Mr. Berroa requests that he is allowed to have a curfew where he is home from 8pm to 6am so that he is better able to attend his child's medical and school appointments and do

-1-

more activities with his son. But Mr. Berroa does not allege that currently he is unable to attend his child's medical or school appointments. Nor does he allege that his child has any special necessity that requires daily medical or school related appointments that make it indispensable that he be granted his curfew request for him to be able to attend. Under his current condition of home detention and in coordination with the USPO Mr. Berroa can continue to comply with his child's medical and school appointments as he has not demonstrated nor alleged otherwise. Therefore, the Government opposes this request.

5.    The Government does not oppose defendants' request to eliminate payment requirement for the location monitoring as stated by the USPO on ECF No. 44 on paragraph #4.

**RESPECTFULLY SUBMITTED**,

In San Juan, Puerto Rico, on May 12, 2026.

W. STEPHEN MULDROW
UNITED STATES ATTORNEY

*s/ Luis Rivera-Mendez*
Luis Rivera-Mendez
U.S.D.C.-PR 300709
Special Assistant United States
Attorney United States Attorney's
Office Torre Chardon, Suite 1201
350 Carlos Chardon Ave.
San Juan, PR 00918
Tel: (787) 282-1825
luis.rivera.mendez@usdoj.gov

-2-

-3-

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

<u>*s/ Luis Rivera-Mendez*</u>
Luis Rivera-Mendez
U.S.D.C.-PR 300709
Special Assistant United States Attorney